**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| HRD CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-0730 |
| | § | |
| LUX INTERNATIONAL CORP., | § | |
| | § | |
| Defendant. | § | |

**ORDER DISMISSING HRD CORPORATION'S CLAIMS
AGAINST LUX INTERNATIONAL CORPORATION WITH
PREJUDICE AND DISMISSING LUX INTERNATIONAL
CORPORATION'S COUNTERCLAIMS WITHOUT PREJUDICE**

Defendant Lux International Corporation asks the court to enter judgment against HRD Corporation based on the court's Memorandum and Opinion issued in response to defendant's Motion for Summary Judgment. On July 17, 2007, the court ruled in favor of Lux International Corporation and against HRD Corporation, denying all relief requested by HRD Corporation. Based on that ruling, judgment is entered in favor of Lux International Corporation against HRD Corporation, dismissing HRD Corporation's claims against Lux International Corporation with prejudice.

Plaintiff HRD Corporation and defendant Lux International Corporation have also filed a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii), dismissing Lux International Corporation's remaining counterclaims against HRD Corporation for breach of contract and *quantum meruit* recovery, without prejudice. The stipulation is

entered. Defendant Lux International Corporation's counterclaims are dismissed without prejudice.

        SIGNED on August 27, 2007, at Houston, Texas.

                                        Lee H. Rosenthal
                                     United States District Judge